# Exhibit A



**MARKETING & COMMUNICATIONS**

August 23, 2016

Dear Sir,

Adlife Marketing and Communications, Inc. (Adlife) is the owner of the copyrights and images of certain photographs which have been used by you or your agents or representatives without its permission or authorization.

Attached please find which images were used and where those images were used.

Pursuant to 17 USC chapter 1, section 101 the use of photographs and other pictorial images are protected from unlawful use or reproduction without the consent of the owner of those images.

Pursuant to 17 USC, section 504(b) and (c) a copyright owner may recover the actual damages incurred by it for wrongful and unpermitted use of its images. If the infringement was committed willfully, the courts have discretion to award up to $150,000 per willful infringement.

With the knowledge available to Adlife today the cost of this infringement is $8,000.00. The sole purpose of any conversation with Adlife will be limited to why this is not a willful infraction and/or how the individual or company intends to pay this amount. Any infractions not immediately settled will be referred to Federal Court.

Based on the fact that you knew or should have known that the images belonged to Adlife, and based on the fact they you used the images on multiple occasions without permission and due to the fact that the images were disseminated to a vast number of people for the purpose of profiting your business, Adlife can only conclude that the use of its images was willful and intentional.

Adlife is writing to you in order to resolve its claim for money damages without the necessity of the time and expense of a law suit. If, however, Adlife cannot immediately resolve the issue of the unlawful use of its images, it will be forced to file suit in the United States District Court and seek the maximum damages permitted under the statute including costs and attorney fees.

We urge you to contact me directly at 617-759-4504. If Adlife does not hear from you within 10 days it will assume that you do not intend to resolve this matter amicably and it will take all necessary action without further notification.

Regards,
Joel Albrizio
617-759-4504
joel@adlife.com

Adlfe Marketing & Communications Co., Inc.

**Adlife Marketing & Communications Co., Inc.**

38 Church Street
Pawtucket, RI 02860
**617-759-4504**



## COPYRIGHT INFRINGEMENT NOTICE

# New YOU Media LLC



## Mailing Address:

New YOU Media LLC
4150 Sw 28th Way
Fort Lauderdale, FL 33312-5201

## Phone #:

800 606 6518

Image: /Chowder_Soup_Stew_Bisque/SoupBlackBean002

## URL Containing Copyrighted Image:

http://www.newyou.com/beauty/recipes-shiny-healthy-hair/



Joel Albrizio - Joel@adlife.com  617.759.4504

August 26th, 2016



# adlife

MARKETING & COMMUNICATIONS

38 Church St.
Pawtucket, RI 02860
(401) 723-4782

## Invoice

| Invoice No. | Date |
|---|---|
| PCI-620 | 08/23/16 |

| Terms |
|---|
| Due on receipt |

**Bill To:**
New You Media LLC
4150 SW 28th Way
Fort Lauderdale, FL 33312-5201

| Description | Amount |
|---|---|
| Willful Photography Copyright Infringement | 8,000.00 |

| Total |
|---|
| $8,000.00 |

# Exhibit B

TB-208

**Adlife Marketing & Communications Co.,Inc.**
Best Contact: Joel@adlife.com
38 Church Street
Pawtucket, RI 02860
(617) 75

PO BOX 19785
IRVINE CA 92623-9785

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

# PAST DUE NOTICE

09/12/16



ᵗᵖᴵᴵᵖᴵᴵᵖᴵᴵᴵᴵᵖᴵᴵᵖᴵᴵᵖᴵᴵᵖᴵᴵᵖᴵᴵᵖᴵᴵᵖᴵᵖᴵ   124192 - 194
New You Media, LLC
4150 SW 28TH WAY
FORT LAUDERDALE FL 33312-5201

| | |
|---|---|
| Account #: | PCI-620 (CA-500) |
| Date Incurred : | 08/22/16 |
| Amount Due : | $      8000.00 |
| Delinquent Fee : | $ |
| Total Now Due : | $      8000.00 |

Dear Sir/Madam,

We value our relationship with you and have tried very hard to serve you properly.  Because we have not received your payment, we must assume there is a problem or a misunderstanding, which needs to be resolved.

Let us know how we can help; otherwise, send in your payment now.

Please remit the total amount due immediately, or call us to make satisfactory arrangements to clear up this matter, before any further collection efforts become necessary. If payment has been sent, just disregard this notice.

Best Regards,


Joel Albrizio
President

-------------------------------- PLEASE DETACH AND RETURN THIS PORTION IN THE ENCLOSED ENVELOPE --------------------------------

New You Media, LLC
4150 SW 28TH WAY
FORT LAUDERDALE, FL 33312-5201

**Total Amount Due:**    $8000.00

Amount Paid: $ _____

Account # : PCI-620 (CA-500)

List any changes of address below:

_____

**MAIL PAYMENT TO:**

_____

_____

Adlife Marketing & Communications Co.,Inc.
Best Contact: Joel@adlife.com
38 Church Street
Pawtucket, RI 02860

TB1L-L1-208

*Rec'd*

TB-149

PO BOX 19785
IRVINE CA 92623-9785

**Adlife Marketing & Communications Co.,Inc.**
Contact: licensing@adlife.com
38 Church Street
Pawtucket, RI 02860
(617) 530 - 0656

*call DNP*
11/05/16

*call-Joel asked email me to*
*11/21*

# FINAL DEMAND

New You Media, LLC
4150 SW 28TH WAY
FORT LAUDERDALE FL 33312-5201            124192 - 132

Account #: PCI-620 (CA-500)
Date Incurred : 08/22/16
Amount Due : $        8000.00
Delinquent Fee : $
Total Now Due : $        8000.00

Dear Sir/Madam,

Inasmuch as you have disregarded previous payment requests, and have not made satisfactory arrangement to pay, we have no alternative but to make our Final Demand before possibly taking other actions, i.e., reporting your unpaid account to a credit reporting agency. That action may well affect your credit worthiness, and we would regret having to take this action. As required by the Fair and Accurate Transactions Act of 2003 we are informing you that we may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Furthermore, nonpayment would leave us no choice but to take the next feasible action. Therefore, if the total amount due is not paid and received by us within 10 days, your account will be sent to our ATTORNEY for further activity. We have now sent it to his office for review.

You can avoid any pending Attorney action only if payment is made immediately, or you call to make satisfactory arrangements.

Sincerely,

Joel Albrizio
President

----------------------- PLEASE DETACH AND RETURN THIS PORTION IN THE ENCLOSED ENVELOPE -----------------------

New You Media, LLC
4150 SW 28TH WAY
FORT LAUDERDALE, FL 33312-5201

**Total Amount Due:**    $8000.00

Amount Paid: $ _____

Account # : PCI-620 (CA-500)

List any changes of address below:

_____

_____

**MAIL PAYMENT TO:**                              _____

Adlife Marketing & Communications Co.,Inc.
Contact: licensing@adlife.com
38 Church Street                                              TB1L-L4-149
Pawtucket, RI 02860

# Exhibit C

**Zachary Rich**

| | |
|---|---|
| **From:** | Darlene Panella |
| **Sent:** | Tuesday, November 22, 2016 1:45 PM |
| **To:** | Zachary Rich |
| **Subject:** | FW: Account PCI 620 |
| **Attachments:** | 082416- VA0002014921 Certificate.pdf; New YOU Media LLC - 260816.pdf |

Just received this

**From:** Adlife Licensing [mailto:licensing1@adlife.com]
**Sent:** Tuesday, November 22, 2016 1:43 PM
**To:** Adlife Licensing <licensing@adlife.com>
**Cc:** Darlene Panella <dpanella@greathealthworks.com>; Rebecca Jones <rebecca.jones@adlife.com>
**Subject:** Re: Account PCI 620

Darlene,

Adlife has conducted a routine audit of it's licensed images. Having completed this audit, we have found significantly more usage than properly licensed.

Adlife is the owner of the copyrights and images of certain photographs which have been used by you. At this time we do not have a record of your license on file. Without Adlife's permission or authorization there is the possibility a copyright infringement may have been committed.

Attached please find the image(s) that were used and the verification of the use of the image(s).

The image we are discussing **"SoupBlackBeen002"** has been granted copyright protection under the US Copyright Registration Number **VA0002014921** (certificate attached).

If you lawfully purchased the proper licensing to use the image it will be easy for you to *take a screenshot displaying a date and time stamp of the receipt from the vendor they purchased the image from*. In lieu of this proof of licensing you will be held liable to compensate Adlife for the retroactive licensing of an image copyrighted with the United States Copyright Office.

At this time, for the sole purpose of negotiation, I will offer you a settlement offer of $5,000 if this settlement is immediate and amicable.

Thank you for your assistance and cooperation.

Adlife


On Mon, Nov 21, 2016 at 1:43 PM, Adlife Licensing <licensing@adlife.com> wrote:

Licensing,

Please provide Darlene the digital file of information she will require to move forward.

On Mon, Nov 21, 2016 at 12:40 PM, Darlene Panella <dpanella@greathealthworks.com> wrote:

1