**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

New You Media, LLC             Civil Action No. 0:16-cv-62945-BB

    Plaintiff,

v.

Adlife Marketing & Communications, Co., Inc.,

    Defendant.

_____/

## Notice of Voluntary Dismissal

The parties having reached a settlement, Plaintiff, New You Media, LLC hereby dismisses this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)

    DATED This 6 day of January, 2016

    Respectfully Submitted,

    New You Media, LLC.
    Counsel for Plaintiff
    4150 SW 28th Way,
    Fort Lauderdale, Fl 33312
    Phone: 954-862-7619
    Email: zrich@greathealthworks.com

    By: /s/ *Zachary R. Rich*
        Zachary R Rich, Esq.
        Fla. Bar No. 0105506
        E-mail: Zrich@greathealthworks.com